1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                           AT SEATTLE

7    MORIA BOLDUC,                          Case No. C12-1801-JCC-JPD

                    Plaintiff,              REPORT AND RECOMMENDATION
8
        v.
9

10   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,[1]
11
                    Defendant.
12

13          Plaintiff brought this action to seek judicial review of the denial of her application for

14   disability benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  Plaintiff

15   filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

16   Dkt. 11.  A proposed order accompanies this Report and Recommendation.

17          DATED this 22nd day of February, 2013.

18                              _James P. Donohue_____

19                              JAMES P. DONOHUE
                                United States Magistrate Judge
20

21

22   _____

23   [1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security.  Therefore,
     pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for
24   Commissioner Michael J. Astrue as the defendant in this suit.  **The Clerk of Court is directed to update the
     docket accordingly, and the parties are ordered to update the caption on all future filings with the Court.**

REPORT AND RECOMMENDATION
PAGE - 1