THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MORIA BOLDUC,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C12-1801-JCC<br><br>ORDER |

The Court, after careful consideration of Plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby FIND and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 12).

(2) In filing her notice of voluntary dismissal (Dkt. No. 11), Plaintiff DISMISSED this case without prejudice.

(3) The Clerk is directed to send copies of this order to the parties and to Judge Donohue.

//

//

//

//

ORDER
PAGE - 1

1   DATED this 22nd day of February 2013.

2

3

4

5

6

7

John C. Coughenour
8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2